UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| NORMA WINGATE,<br><br>　　　　　　Plaintiff,<br>　　v.<br>PATRICK DONAHOE, Postmaster General of the United States,<br><br>　　　　　　Defendant.<br>_____/ | No. C 12-05560 LB<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

Now pending before the court is Defendant's Motion to Dismiss Plaintiff's First Amended Employment Discrimination Complaint. ECF No. 26. Plaintiff Norma Wingate's opposition to the motion to dismiss was due on September 11, 2013. She has not filed an Opposition or Statement of non-opposition to the Motion to Dismiss, as required by Civil Local Rule 7-3(b).

Accordingly, the Court hereby ORDERS Ms. Wingate to SHOW CAUSE why this action should not be dismissed for failure to prosecute. Ms. Wingate should file a response to this order, along with a response to the Motion to Dismiss, on or before Monday September 23, 2013. If the court does not receive Ms. Wingate's response by then, this action may be dismissed for failure to prosecute without further notice.

**IT IS SO ORDERED.**

C 12-05560 LB
ORDER

1 | Dated: September 12, 2013

_____
LAUREL BEELER
United States Magistrate Judge